**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-20-00238-CV**
_____

**BRAD LATIMER, Appellant**

**V.**

**BETH LANNING, Appellee**

_____

**On Appeal from the County Court at Law No. 1**
**Jefferson County, Texas**
**Trial Cause No. 135,597**
_____

**MEMORANDUM OPINION**

On October 14, 2020, the trial court signed a final judgment. Appellant Brad Latimer filed a notice of appeal but failed to file a brief. On February 1, 2022, we notified the parties that Appellant's brief was past due and had not been filed and the appeal would be submitted on the record alone unless we received a brief and motion for extension of time by February 11, 2022, and we warned Appellant that the failure to file a brief could result in dismissal of the appeal for want of prosecution. *See* Tex. R. App. P. 39.8. Appellant has failed to file a brief.

1

In the absence of a brief assigning error for appellate review, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1); Tex. R. App. P. 42.3(b).

APPEAL DISMISSED.

PER CURIAM

Submitted on March 18, 2022
Opinion Delivered March 31, 2022

Before Kreger, Horton and Johnson, JJ.